| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **20-CI-01593**<br>Court:  **CIRCUIT**<br>County: **PIKE** |

*Plantiff,* **ADKINS, KAYLA VS. GEICO GENERAL INSURANCE COMPANY**, *Defendant*

TO:  **CT CORPORATION**
    **306 W. MAIN STREET**
    **FRANKFORT, KY 40601**

Memo: Related party is GEICO GENERAL INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**GEICO GENERAL INSURANCE COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Anna Pinson Spears*
Pike Circuit Clerk
Date: **12/10/2020**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____        _____
                                                            Served By

                                                _____
                                                            Title

---

Summons ID: @00000210375
CIRCUIT: 20-CI-01593 Long Arm Statute – Secretary of State
ADKINS, KAYLA VS. GEICO GENERAL INSURANCE COMPANY



Page 1 of 1

*eFiled*

Presiding Judge: HON. EDDY COLEMAN (635126)

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMI...

# USPS Tracking®

FAQs >

Track Another Package +

20-CI-1593

Remove ✕

**Tracking Number:** 70201810000233072491

Your item was delivered at 8:25 am on December 15, 2020 in FRANKFORT, KY 40601.

## ✓ Delivered

December 15, 2020 at 8:25 am
Delivered
FRANKFORT, KY 40601

Get Updates ∨

Text & Email Updates

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 20-CI-1593

Ct corp (Geico general Ins. co)

Secretary of State
700 Capital ave, Ste. 86
Frankfort, Ky 40601

1810 0002 3307 2491

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

12/18/2020

COMMONWEALTH OF KENTUCKY
CIRCUIT COURT OF PIKE COUNTY
DIVISION NO.:_____

Civil Action No._____

**KAYLA ADKINS**                                                                                                    **PLAINTIFF,**

v.

**GEICO GENERAL INSURANCE COMPANY,**                                             **DEFENDANT.**

      Serve:     CT Corporation Systems
                      306 W. Main Street
                      Suite 512
                      Frankfort, Kentucky 40601

## COMPLAINT

COMES NOW the Plaintiffs by and through counsel, Joshua S. Ferrell, of Ferrell & Brown, PLLC, and file their Complaint against the Defendants for damages, and for their cause of action states and avers as follows, to wit:

1. That the Plaintiff, Kayla Adkins, is a citizen and residents of Pike County, Kentucky, residing at 190 Wolfpit Branch Road; Elkhorn City, Kentucky.

2. That the Defendant, GEICO Advantage Insurance Company, ("GEICO") is a Maryland corporation licensed and authorized to transact business in the Commonwealth of Kentucky. Their address for service of process is: CT Corporation Systems – 306 W. Main Street, Suite 512; Frankfort, Kentucky 40601.

3. The amount in controversy exceeds the minimal jurisdictional requirements of The Pike County Circuit Court.

4. That the motor vehicle collision underlying this lawsuit occurred on or about January 30, 2020, in Pike County, Kentucky on U.S. 23.

1

Filed 20-CI-01593 12/10/2020 Anna Pinson Spears, Pike Circuit Clerk

NOT ORIGINAL DOCUMENT
01/12/2021 02:19:16 PM
SHAW88

5. That on the aforementioned date and at the aforementioned time, Plaintiff was traveling in a safe, proper, and cautious manner.

6. As the Plaintiff carefully proceeded, suddenly and without warning, a vehicle operated by Evan Chapman, improperly failed to yield the right of way and caused a collision with the vehicle occupied by the Plaintiff.

7. Due to the suddenness and location of the the at fault driver's actions, the Plaintiff was unable to avoid the collision.

8. The Defendant was found to be at fault for the collision.

9. The Plaintiff avers that the resulting collision between the vehicles, caused the Plaintiff to be thrown in and about the interior of the vehicle, thereby causing the Plaintiff to sustain severe, disabling, and permanent injury as more fully described hereinafter.

10. Specifically, Plaintiff, suffered injuries to her arm, hand, shoulder, knees and various other parts of her body, which resulted in severe and prolonged pain, suffering, and discomfort, including mental anguish, aggravation, and inconvenience, requiring her to seek medical care and treatment from medical professionals.

11. The Plaintiff avers, moreover, on account of which she reasonably believes to be the permanent nature of her injuries, she has and will continue to suffer in body and in mind as a result thereof, and, likewise, will continue to be required to remain under the care of physicians and incur substantial medical expense by reason thereof.

12. Plaintiff will show that as a result of the severe, painful, and permanent nature of certain of her injuries she has and will continue to suffer a reduction in productive capacity.

13. The Plaintiff would also show that she sustained a reduction in the quality of and the ability to enjoy her life.

2

Filed 20-CI-01593 12/10/2020 Anna Pinson Spears, Pike Circuit Clerk

Presiding Judge: HON. EDDY COLEMAN (635126)

COM : 000002 of 000004

14. Therefore, as a direct and proximate result of the collision, as aforesaid, Plaintiff has suffered severe and permanent injuries in and to her person, all of which injuries are severe and permanent in nature. The Plaintiff has suffered and will continue to suffer damages, including but not limited to, the following:

    a. An undetermined amount of medical expenses past, present, and future.//
    b. Mental and physical pain and suffering, past, present, and future.//
    c. Aggravation and inconvenience.//
    d. Reduction in productive capacity.//
    e. Permanent and serious injuries to various parts of the body.//
    f. An impairment in their ability to enjoy her family and life in general.

15. The Plaintiff's damages exceed the minimal jurisdictional limitations of this Court and the Plaintiff will seek a verdict in excess of the minimal jurisdictional limitations of this Court.

16. That the Defendant, GEICO General Insurance Company, insured the vehicle occupied by Plaintiffs under Policy Number: 4358169185. That said policy contains Underinsured Motorist Coverage. That Plaintiff is entitled to recover said benefit to the extent the at fault driver is underinsured.

17. The insurance company for the at fault vehicle, which was operated by Evan Chapman, offered the maximum amount of insurance offered under the applicable policy.

18. The Defendant herein consented to settlement with the insurance company for the at fault driver and waived subrogation.

19. The Plaintiff has complied with all obligations pursuant to her policy in effect at the time of the collision.

3

NOT ORIGINAL DOCUMENT
01/12/2021 02:19:16 PM
SHAW88

20. Plaintiff's damages exceed the settlement and insurance coverage available to the at fault driver and, thus, she is entitled to payment under her policy with the Defendant.

Wherefore, Plaintiff demands judgment against Defendant in an amount that will reasonably compensate her for her injuries and damages, court costs, pre-judgment interest, and post-judgment interest. The Plaintiff additionally sues the Defendants for discretionary costs and such other damages and relief to which she may be deemed entitled and is determined to be just and equitable.

**THE PLAINTIFF DEMANDS A JURY TRIAL.**

Respectfully submitted this the 10 day of December 2020.

Plaintiff Kayla Adkins,
By Ferrell & Brown, PLLC:

_____
Joshua S. Ferrell (KY Bar Id. 95277)
Nathan D. Brown (KY Bar Id. No.:96094)
Ferrell & Brown, PLLC
160 East 2nd Avenue
Williamson, West Virginia 25661
304-235-5674 (telephone)
304-235-5675 (facsimile)
Josh@FerrellandBrown.com
Nathan@ferrellandbrown.com

# Commonwealth of Kentucky
## Anna Pinson Spears, Pike Circuit Clerk

NOT ORIGINAL DOCUMENT
01/12/2021 02:18:37 PM
SHAW88

| Case #: 20-CI-01593 | Envelope #: 3008092 |
|---|---|
| Received From: JOSHUA FERRELL | Account Of: JOSHUA FERRELL |
| Case Title: ADKINS, KAYLA VS. GEICO GENERAL INSURANCE COMPANY | Confirmation Number: 117880926 |
| Filed On 12/10/2020  4:07:23PM | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $1.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $12.65 |
| 9 | Money Collected For Others(Secretary of State) | $10.00 |
| 10 | Charges For Services(Copy - Photocopy) | $1.20 |
| 11 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | **$315.35** |

Generated: 12/10/2020                                                                                           Page 1 of 1

**COMMONWEALTH OF KENTUCKY**
**PIKE CIRCUIT COURT**
**DIVISION NO. I**
**CIVIL ACTION NO. 20-CI-01593**
**\*\*ELECTRONICALLY FILED\*\***

**KAYLA ADKINS**             **PLAINTIFF**

-vs-

**GEICO GENERAL INSURANCE COMPANY**      **DEFENDANT**

---

### NOTICE OF REMOVAL

---

Come now the Defendant, GEICO General Insurance Company, by and through counsel, and hereby notifies all parties that it has, this same date, filed the Notice of Removal of this case to the Federal District Court for the Eastern District of Kentucky, Pikeville Division, at Pikeville, KY.

*/s/ Darrin W. Banks*
Darrin W. Banks
Daniel W. Pugh
Attorney for: GEICO
PORTER, BANKS, BALDWIN & SHAW
P.O. Drawer 1767
Paintsville, Kentucky 41240
606-789-3747
606-789-3790
dbanks@psbb-law.com

CERTIFICATE OF SERVICE:

I certify to electronically filing and mailing a true and correct copy of the foregoing to:

Hon. Joshua S. Ferrell
160 East 2nd Avenue
Williamson, West Virginia 25661

Original filed electronically with the Court:

Pike Circuit Court
PO Box 1002
Pikeville, Kentucky 41502-1002

This 13th day of January, 2021.

/s/ Darrin W. Banks
Darrin W. Banks
Daniel W. Pugh
Attorneys for: GEICO

2